# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALYSSA COUCH,<br><br>　　　　Defendant. | Case No.  1:15 MJ 00113 SAB<br><br>ORDER SANCTIONING COUNSEL FOR HIS FAILURE TO TIMELY APPEAR IN COURT |

On August 13, 2015, a detention hearing was scheduled before this court at 1:30 p.m. The matter had been scheduled the previous day and defendant's counsel, Robert Lamanuzzi, was present when the matter was set for today's date and time.  On August 13, Defendant's case was first on calendar but was passed due to defense counsel's absence.  The court proceeded to the next and only other matter but completed it in due course and returned to defendant's case. Because of counsel's absence the Court was required to take a recess.  The courtroom clerk contacted counsel and informed him of the pending court matter.   Members of the court staff, United States Marshal, Court Security officer, Pretrial Services officer, the Assistant U.S. Attorney appearing on the case, the defendant and defendant's family remained in court until counsel appeared.  Counsel did subsequently appear.

The Court allowed for counsel to be heard on the matter of sanctions for his failure to timely appear and finding no good cause and based upon the waiting required by court staff and

others.

IT IS HEREBY ORDERED THAT defendant's counsel, Robert Lamanuzzi, shall pay to the Clerk of Court the sum of $100.00 for his failure to timely appear for his court matter. Payment shall be made on or before close of business on Friday, August 14, 2015.

IT IS SO ORDERED.

Dated: __**August 13, 2015**__

UNITED STATES MAGISTRATE JUDGE